WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 JUN 08 10:56 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ALEXANDER WHALEN,**                        CV # 05-256-ST

    Plaintiff,

vs.                                                  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

       Attorney fees in the amount of $6,100.00 and expenses in the amount of $15.10 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $273.20 are awarded pursuant to 28 U.S.C. § 1920.

       DATED this 7th day of June, 2006.

                                                      /s/ Michael W. Mosman
                                                    United States District / Magistrate Judge

Submitted on June 5, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Alexander Whalen
CIVIL ACTION NO. 05-256-ST

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents .................................. $15.10

Total Expenses: **$15.10.**

Federal Court Costs:

    Federal Court filing fee ................................... $250.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents .......................................... $7.00

    Copy costs for Plaintiff's Opening Brief ........................... $16.20

Total Costs: **$273.20.**

SCHEDULE A - page 1
Attachment to court ORDER